UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JULU A. ROSS,

       Plaintiff,

  vs            9:02-CV-1501

J. McCOY, Supt.; G.A. RYAN, Dept. Supt. SEC.;
ANTHONY, Dept. Adin.; A.J. ANNUCCI, Dep. Comm.;
D. SELSKY, Comm.; FOOD ADMIN. HARRISON;
D. SEITZ, Capt.; J. LAMANNA, Sgt.; SGT. RYERSON;
M. EMERSON, Sgt.; E. WOODARD, D. DEAN,
R. CHAPIN, T. KOTT, G. HINMAN, C. HALL,
J. EAMES, W. BROWN, and JOHN DOE, each C.O.;
JOHN DOE, SGT.;  C.O. BEVIER; JOHN DOE C.O. #2;
SERGEANT RYAN; and C.O. EMERSON,

       Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:       OF COUNSEL:

JULU A. ROSS
Plaintiff, Pro Se
372 Scio Street
Rochester, NY 14605

HON. ELIOT SPITZER      PATRICK, F. MacRAE, ESQ.
Attorney General of the      Asst. Attorney General
 State of New York
Attorney for Defendants
Department of Law
Suite 102
615 Erie Boulevard West
Syracuse, NY 13204

DAVID N. HURD
United States District Judge

# DECISION and ORDER

  Plaintiff, Julu A. Ross, brought this civil rights action pursuant to 42 U.S.C. § 1983.

By Report-Recommendation dated January 20, 2006, the Honorable David E. Peebles,

United States Magistrate Judge, recommended that all claims against defendants Sgt. Ryerson, E. Woodard, Sergeant Ryan, C.O. Emerson, and the John Doe defendants be dismissed without prejudice.  No objections to the Report-Recommendation have been filed.

Based upon a careful review of the entire file and the recommendations of Magistrate Judge Peebles, the Report-Recommendation is accepted and adopted in whole. See 28 U.S.C. 636(b)(1).

Accordingly, it is

ORDERED that

1. All claims against defendants Sgt. Ryerson, E. Woodard, Sergeant Ryan, C.O. Emerson, and the John Doe defendants are DISMISSED without prejudice; and

2. The case will be scheduled for trial against the remaining defendants..

The Clerk is directed to enter judgment accordingly.

IT IS SO ORDERED.

_____
United States District Judge

Dated:   March  1, 2006
         Utica, New York.